# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | Middle Dist/FL, Orlando Div. | 04/20/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 West Central Blvd. Suite 5750 Orlando, FL 32801 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Presnell, Gregory A.

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bob Donaldson | Plane transportation, roundtrip Orlando to Marsh Harbor | $1,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) (1) | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. Brokerage Account (MS-CB) | | | | | | | | | |
| 7. Nuveen Mun. Value Fund | B | Dividend | K | T | Buy | 01/21/10 | J | | |
| 8. Liquid Asset Fund and Cash | A | Dividend | K | T | | | | | |
| 9. MSDW Global Div. Gr./ Invesco MSDW Global Div. Gr. (2) | A | Dividend | J | T | | | | | |
| 10. Putnam U.S. Gov't | A | Dividend | K | T | Buy | 07/19/10 | J | | |
| 11. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 12. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 13. iShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 14. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 15. Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 16. Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |
| 17. Allianz Sm. Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Templeton Foreign Fd. | A | Dividend | | | Sold | 01/21/10 | J | A | |
| 19. Hernando Cty Bd. | A | Interest | | | Redeemed | 06/01/10 | J | A | |
| 20. iShares Russ. 2000 | A | Dividend | K | T | Buy | 01/21/10 | J | | |
| 21. iShares MSCI Emer. Mkt. | A | Dividend | K | T | Buy | 03/04/10 | J | | |
| 22. iShares Barclays Tips | B | Dividend | K | T | Buy | 01/21/10 | J | | |
| 23. S&P NA Nat. Resource | A | Dividend | K | T | Buy | 01/21/10 | J | | |
| 24. iShares MSCI EAFE | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 25. Fidelity NASDAQ | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 26. iShares S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 27. iShares DJ Select | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 28. Lee Co. Bond | A | Interest | J | T | | | | | |
| 29. Mia-Dade Bond | B | Interest | K | T | | | | | |
| 30. iShares IBOXX | B | Dividend | K | T | Buy | 01/21/10 | J | | |
| 31. Vanguard Con. St. ETF | A | Dividend | K | T | | | | | |
| 32. Hawaii Bd. | A | Interest | J | T | | | | | |
| 33. FSU Bd. | A | Interest | J | T | | | | | |
| 34. iShares Barlcays Agg. Bd. Fd. | B | Dividend | K | T | Buy | 07/19/10 | J | | |

1. Income Gain Codes:           A =$1,000 or less           B =$1,001 - $2,500           C =$2,501 - $5,000           D =$5,001 - $15,000           E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                      J =$15,000 or less          K =$15,001 - $50,000         L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                           P3 =$25,000,001 - $50,000,000                                                     P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal                  R =Cost (Real Estate Only)    S =Assessment                     T =Cash Market
(See Column C2)                  U =Book Value               V =Other                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Barclays 3-7 Yr. Treas. | B | Dividend | L | T | Buy | 07/19/10 | J | | |
| 36. SPDR Barclays Cap. Int'l. | A | Dividend | K | T | Buy | 01/27/10 | K | | |
| 37. Vanguard Div. Appr. | A | Dividend | K | T | Buy | 03/04/10 | K | | |
| 38. Invesco Diver. Div. | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 39. Pimco Emer. Mkt. | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 40. Oppenheimer Dev. Mkt. | A | Dividend | J | T | Buy | 07/23/10 | J | | |
| 41. | | | | | | | | | |
| 42. Fidelity GP Trust | | | | | | | | | |
| 43. Vanguard Prime MM Fund & Cash | A | Dividend | K | T | | | | | |
| 44. Vanguard Total Bond Mkt. | B | Dividend | L | T | | | | | |
| 45. Vanguard Fl. Tax Exempt | B | Dividend | L | T | | | | | |
| 46. Vanguard Euro Stock Index | A | Dividend | | | Sold | 06/09/10 | J | A | |
| 47. Vanguard Health Care | A | Dividend | K | T | | | | | |
| 48. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 49. Vanguard Tax-Managed G&I | A | Dividend | J | T | Sold (part) | 03/08/10 | K | | |
| 50. Vanguard Tax-Managed Inter'l | A | Dividend | K | T | | | | | |
| 51. Vanguard Windsor II | A | Dividend | K | T | Sold (part) | 03/08/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 53. Vanguard Inter-Term Bd. Index | B | Dividend | K | T | | | | | |
| 54. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 55. Vanguard Emerging Mkt. Stock Index | A | Dividend | K | T | | | | | |
| 56. Vanguard Tips Bd. | B | Dividend | L | T | | | | | |
| 57. | | | | | | | | | |
| 58. Fidelity GP Trust | | | | | | | | | |
| 59. iShares S&P Commodity | A | Dividend | J | T | | | | | |
| 60. iShares Barclays Tips(6)(7) | A | Dividend | K | T | | | | | |
| 61. iShares S&P 500 Index(7) | A | Dividend | J | T | | | | | |
| 62. iShares Barclays US Agg. Bd (7) | A | Dividend | J | T | | | | | |
| 63. iShares MSCI Emer. Mkt. ICX (6)(7) | A | Dividend | J | T | | | | | |
| 64. iShares S&P NA Nat. Res. (7) | A | Dividend | K | T | Buy | 06/25/10 | J | | |
| 65. iShares MSCI EAFE Idx (7) | A | Dividend | J | T | | | | | |
| 66. iShares Russell 1000 Val. (6) | A | Dividend | J | T | | | | | |
| 67. iShares Russell 1000 Gr. (6) | A | Dividend | J | T | | | | | |
| 68. iShares Russell 1000 Idx (7) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares Russell 2000 Idx (6)(7) | A | Dividend | J | T | | | | | |
| 70. iShares 2017 S&P AMT-free | A | Dividend | J | T | Buy | 07/30/10 | J | | |
| 71. iShares 2016 S&P AMT-free | A | Dividend | J | T | Buy | 07/30/10 | J | | |
| 72. iSharies 2015 S&P AMT-free | A | Dividend | J | T | Buy | 07/30/10 | J | | |
| 73. Nuveen Muni. Val. (7) | A | Dividend | K | T | | | | | |
| 74. Powershares QQQ (6) | A | Dividend | J | T | | | | | |
| 75. Vanguard Div. Appr. (6) | A | Dividend | J | T | | | | | |
| 76. Vanguard Consumer St. (7) | A | Dividend | J | T | | | | | |
| 77. Vanguard Emer. Mkt. (6) | A | Dividend | J | T | | | | | |
| 78. Vanguard Total Stock Mtk. (7) | A | Dividend | J | T | | | | | |
| 79. Vanguard Div. Gr. (6) | A | Dividend | K | T | Buy | 03/08/10 | K | | |
| 80. Vanguard Inter. Term Bd. (6) | A | Dividend | K | T | | | | | |
| 81. Fidelity Tax Free Bd. (6) | A | Dividend | K | T | | | | | |
| 82. Invesco Diver. Div. | A | Dividend | J | T | Buy | 06/25/10 | J | | |
| 83. Dodge & Cox Inter'l (6) | A | Dividend | J | T | | | | | |
| 84. Dreyfus Emer. Mkt. | A | Dividend | J | T | Buy | 06/25/10 | J | | |
| 85. Harbor Bond Inst. (6) | A | Dividend | K | T | Buy | 06/25/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Harbor International (6) | A | Dividend | J | T | | | | | |
| 87. Lazard Emer. Mkt. (6) | A | Dividend | J | T | | | | | |
| 88. Loomis Sayles Bond (6) | B | Dividend | K | T | | | | | |
| 89. Pimco Emer. Mkt (6) | A | Dividend | K | T | | | | | |
| 90. Pimco Unconstrained Bd. (6) | B | Dividend | L | T | Buy | 05/17/10 | L | | |
| 91. T Rowe Price Div. Gr. | A | Dividend | J | T | Buy | 06/25/10 | J | | |
| 92. Royce Low Price (6) | A | Dividend | J | T | | | | | |
| 93. SEI High Yield Bd. (6) | A | Dividend | J | T | | | | | |
| 94. US Treas. Nt 2012 (6) | A | Interest | J | T | | | | | |
| 95. US Treas Nt 2014 (6) | A | Interest | K | T | | | | | |
| 96. BMW Bank CD 2013 | A | Interest | K | T | Buy | 03/16/10 | K | | |
| 97. T Rowe Price Int'l Bd. | C | Dividend | | | Buy | 03/17/10 | K | | |
| 98. T Rowe Price Int'l Bd. | A | Dividend | | | Sold | 05/17/10 | K | A | |
| 99. Brandywine Blue (6) | A | Dividend | | | Sold | 06/25/10 | J | A | |
| 100. iShares GSCI Commod. (6) | A | Dividend | J | T | | | | | |
| 101. Tampa Hills Expy (6) | A | Interest | | | Sold | 07/01/10 | J | A | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity CB Trust | | | | | | | | | |
| 104. Vanguard Mid-Cap | A | Dividend | J | T | Sold (part) | 06/28/10 | J | A | |
| 105. Vanguard Prime MM Fd. and Cash | A | Dividend | L | T | | | | | |
| 106. Vanguard Emerging Mkts Stock Index | A | Dividend | K | T | | | | | |
| 107. Vanguard Equity Income Fd. | A | Dividend | J | T | Sold (part) | 03/12/10 | J | A | |
| 108. Vanguard Global Equity Fd. | A | Dividend | K | T | | | | | |
| 109. Vanguard 500 Index Fd. | A | Dividend | J | T | Sold (part) | 03/12/10 | J | A | |
| 110. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 111. Vanguard Windsor II Fd. | A | Dividend | K | T | Sold (part) | 03/12/10 | J | A | |
| 112. Vanguard Total Bond Mkt. Index | B | Dividend | L | T | | | | | |
| 113. Vanguard Inflation Protected Sec. | B | Dividend | L | T | | | | | |
| 114. Vanguard Fl. L.T. Tax Ex. | B | Dividend | L | T | | | | | |
| 115. Vanguard Select Val. Fd. | A | Dividend | K | T | Sold (part) | 03/12/10 | J | A | |
| 116. Vanguard Sm Cap. Val. Index | A | Dividend | J | T | | | | | |
| 117. Vanguard Inter. Term Tax Ex. | B | Dividend | L | T | | | | | |
| 118. Vanguard Inter. Term. Bd. Index | B | Dividend | L | T | | | | | |
| 119. iShares MSCI Emer. Mkt. Index (6) | A | Dividend | J | T | Sold (part) | 06/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Leuthold Asset Alloc. | A | Dividend | K | T | | | | | |
| 121. Pimco Unconstrained Bd. Fd. (2) (6) | B | Dividend | L | T | | | | | |
| 122. Vanguard GNMA | B | Dividend | J | T | Buy | 01/26/10 | J | | |
| 123. iShares Barclay's Tips (6) | A | Dividend | J | T | | | | | |
| 124. iShares Russell 1000 Val. (6) | A | Dividend | J | T | | | | | |
| 125. iShares Russell 1000 Gr. (6) | A | Dividend | J | T | | | | | |
| 126. iShares Russell 2000 (6) | A | Dividend | J | T | | | | | |
| 127. iShares S&P AMT-free 2015 | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 128. iShares S&P AMT-free 2014 | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 129. iShares S&P AMT-free 2013 | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 130. Powershares QQQ (6) | A | Dividend | J | T | | | | | |
| 131. Vanguard Div. Appr. (6) | A | Dividend | J | T | | | | | |
| 132. Vanguard Emer. Mkt (6) | A | Dividend | J | T | | | | | |
| 133. US Tres. Note, 2012 (6) | A | Dividend | J | T | | | | | |
| 134. US Tres. Strip, 2013 | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 135. US Tres. Note, 2014 (6) | A | Dividend | K | T | | | | | |
| 136. US Tres. Strip, 2015 | A | Dividend | J | T | Buy | 06/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Tax Free Bd (6) | A | Dividend | K | T | | | | | |
| 138. Invesco Diver Div. | A | Dividend | K | T | Buy | 06/28/10 | K | | |
| 139. Dodge & Cox Intern'l (6) | A | Dividend | K | T | Buy | 03/12/10 | K | | |
| 140. Dreyfus Emer. Mkt. | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 141. Harbor Bond Inst. (6) | A | Dividend | K | T | Buy | 06/28/10 | K | | |
| 142. Harbor Int'l (6) | A | Dividend | J | T | | | | | |
| 143. Lazard Emer Mkt (6) | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 144. Loomis Sayles Bd. (6) | C | Dividend | L | T | Buy | 03/12/10 | K | | |
| 145. Pimco Emer. Mkt. Bond Inst. (6) | A | Dividend | J | T | | | | | |
| 146. Pimco Emer. Mkt. Bond Admin. | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 147. Pimco Emer. Mkt. Class A (6) | A | Dividend | J | T | | | | | |
| 148. Pimco Commod. Real Return | A | Dividend | K | T | Buy | 01/04/10 | K | | |
| 149. Royce Low Price (6) | A | Dividend | J | T | | | | | |
| 150. SEI Hi Yield Bd. (6) | A | Dividend | J | T | | | | | |
| 151. Vanguard Div. Gr. (6) | A | Dividend | J | T | | | | | |
| 152. Brandywine Blue (6) | A | Dividend | | | Buy | 05/21/10 | J | | |
| 153. Brandywine Blue | A | Dividend | | | Sold | 06/28/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares GSCI Commod (6) | | | | | Buy | 05/21/10 | J | | |
| 155. iShares GSCI Commod | A | Dividend | J | T | Sold (part) | 06/28/10 | J | A | |
| 156. Vanguard Inter. Term T/E (6) | A | Dividend | J | T | | | | | |
| 157. Tampa-Hills. Expy Bd. (6) | A | Interest | | | Sold | 07/01/10 | J | A | |
| 158. | | | | | | | | | |
| 159. Vanguard Annuity (CB) | | | | | | | | | |
| 160. Money Market | | None | J | T | | | | | |
| 161. Total Bond Market | | None | K | T | | | | | |
| 162. Short Term Corp. | | None | J | T | | | | | |
| 163. Diversified Value | | None | J | T | | | | | |
| 164. Equity Income | | None | J | T | | | | | |
| 165. Equity Index | | None | J | T | | | | | |
| 166. Growth | | None | J | T | | | | | |
| 167. Mid-Cap Index | | None | J | T | | | | | |
| 168. Small Co. Growth | | None | J | T | | | | | |
| 169. International | | None | K | T | | | | | |
| 170. Total Stock Mkt. Index | | None | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                                                 P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
   (See Column C2)          U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Boggy Creek Ltd.-Orange County, FL | A | Distribution | K | W | | | | | |
| 173. Jetport Ltd., Orange County, FL | | None | M | W | | | | | |
| 174. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 175. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 176. | | | | | | | | | |
| 177. IRA (MS-CB) | | | | | | | | | |
| 178. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 179. MS Bank (2) | A | Dividend | J | T | | | | | |
| 180. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 181. iShares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 182. iShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 183. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 184. iShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 185. Pimco Total Return | A | Dividend | K | T | | | | | |
| 186. iShares MSCI Emer. Mkt. | A | Dividend | J | T | | | | | |
| 187. S&P No. Amer. NR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. iShares Barclays Tips | A | Dividend | J | T | | | | | |
| 189. Vanguard Consumer St. | A | Dividend | J | T | | | | | |
| 190. iShares Barclays Agg. Bd. Fd. | A | Dividend | J | T | | | | | |
| 191. iShares Barclays 7 Yr. Treas. | A | Dividend | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. IRA-Fidelity (GP) | | | | | | | | | |
| 194. Fidelity Cash Reserves & MM | A | Dividend | L | T | | | | | |
| 195. Wilshire Lg. Gr. | A | Dividend | L | T | Sold (part) | 01/20/10 | K | A | |
| 196. Harbor Int'l | B | Dividend | M | T | | | | | |
| 197. iShares Russell 1000 Val. | A | Dividend | L | T | | | | | |
| 198. Pimco Emerg. Mkts. Bd. | B | Dividend | K | T | Buy | 01/20/10 | J | | |
| 199. T. Rowe Price Int'l Bd. | A | Dividend | J | T | Buy | 01/20/10 | J | | |
| 200. Vanguard Explorer | A | Dividend | K | T | | | K | | |
| 201. iShares Russell 200 Val. | A | Dividend | K | T | | | | | |
| 202. iShares Barclays US TIPS | B | Dividend | L | T | Buy | 01/20/10 | J | | |
| 203. iShares DJ Div. Index | A | Dividend | | | Sold | 02/08/10 | K | A | |
| 204. iShares Barclays US Agg. Bd. Fd. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Brandywine Blue | A | Dividend | | | Sold | 06/16/10 | J | A | |
| 206. Harbor Bond Inst. | C | Dividend | M | T | | | | | |
| 207. Loomis Sayles Bond | D | Dividend | M | T | | | | | |
| 208. iShares GCSI Comm. Idx. | A | Dividend | K | T | Sold (part) | 01/20/10 | J | A | |
| 209. iShares GCSI Comm. Idx. | A | Dividend | K | T | Sold (part) | 06/16/10 | J | A | |
| 210. iShares MSCI Emer. Mkt. | A | Dividend | K | T | Sold (part) | 06/16/10 | J | A | |
| 211. iShares Russ 1000 Gr. | A | Dividend | J | T | | | | | |
| 212. Lazard Emer. Mkt. | A | Dividend | K | T | | | | | |
| 213. BMW Bank CD | B | Interest | | | Sold | 12/31/10 | L | A | |
| 214. US T. Note 2012 | | None | K | T | | | | | |
| 215. US Tips 2016 | B | Interest | L | T | | | | | |
| 216. US Treas Strips 2014, 2015, and 2016 | | None | M | T | Buy | 01/19/10 | K | | |
| 217. Invesco Diver. Div. | A | Dividend | K | T | Buy | 02/08/10 | K | | |
| 218. Dreyfus Emer. Mkt | A | Dividend | J | T | Buy | 06/16/10 | J | | |
| 219. Leuthold Asset Alloc. | A | Dividend | K | T | Buy | 03/04/10 | K | | |
| 220. Leuthold Asset Alloc. | A | Dividend | K | T | Buy | 06/16/10 | K | | |
| 221. Pimco Unconstrained Bd. | B | Dividend | M | T | Buy | 01/20/10 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pimco Unconstrained Bd. | B | Dividend | M | T | Buy | 05/17/10 | M | | |
| 223. T Rowe Price Div. Gr. | A | Dividend | J | T | Buy | 06/16/10 | J | | |
| 224. Vanguard Sp. Div. App. | A | Dividend | K | T | Buy | 01/20/10 | K | | |
| 225. US Tr. Strip, 2017 | A | Interest | K | T | Buy | 06/16/10 | K | | |
| 226. US Tr. Strip, 2018 | A | Interest | J | T | Buy | 07/30/10 | J | | |
| 227. US Tr. Strip, 2019 | A | Interest | J | T | Buy | 07/30/10 | J | | |
| 228. US Tr. Strip, 2020 | A | Interest | J | T | Buy | 07/30/10 | J | | |
| 229. | | | | | | | | | |
| 230. AS&E PS Acct. (CB) (5) | | | | | | | | | |
| 231. SunTrust Stable Asset Fund | | | K | T | | | | | |
| 232. Pimco Total Return | | | M | T | | | | | |
| 233. Lazard Emer. Mkt. | | | K | T | | | | | |
| 234. Artisan Int'l | | | | | Sold | 09/01/10 | K | | |
| 235. Vanguard 500 Index | | | L | T | | | | | |
| 236. Allianz Div. Val. | | | | | Sold | 09/01/10 | K | | |
| 237. Alliance Bernstein Intern'l | | | | | Sold | 09/01/10 | K | | |
| 238. Amer. Century | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Ridgeworth Sm. Cap. | | | K | T | | | | | |
| 240. Pimco Real Return | | | M | T | | | | | |
| 241. Harbor Int'l | | | K | T | Buy | 09/01/10 | K | | |
| 242. Oakmark Fund | | | K | T | Buy | 09/01/10 | K | | |
| 243. Ridgeworth Lg. Cap | | | K | T | Buy | 09/01/10 | K | | |
| 244. | | | | | | | | | |
| 245. Fidelity (JT) (3) | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. W&M IRA | | | | | | | | | |
| 248. iShares TIP | A | Dividend | J | T | | | | | |
| 249. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 250. iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 251. Harbor Bond | A | Dividend | K | T | | | | | |
| 252. Harbor Int'l | A | Dividend | J | T | | | | | |
| 253. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 254. Pimco Commod. Real. (4) | A | Dividend | J | T | | | | | |
| 255. T. Rowe Price Int'l Bd. | A | Dividend | | | Sold | 05/17/10 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vanguard Exp. | A | Dividend | J | T | | | | | |
| 257. Wilshire Lg. Gr. (4) | A | Dividend | J | T | | | | | |
| 258. Fidelity Cash Res. | A | Dividend | J | T | | | | | |
| 259. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 260. Loomis Sayles Bd. | A | Dividend | K | T | | | | | |
| 261. Pimco Total Return | A | Dividend | J | T | | | | | |
| 262. iShares Barclay's US Agg. Bd. Fd. | A | Dividend | J | T | | | | | |
| 263. Pimco Unconstrained Bd. | A | Dividend | J | T | Buy | 05/17/10 | J | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1. This account was transferred in kind on 4/26 to Fidelity GP Trust.

2. Name Change.

3. This account was split and transferred in kind to Fidelity GP Trust (Line 61) and Fidelity CB Trust (Line 84).

4. Mistake on 2009 Report, only sold part of this position.

5. Employee-managed account. Contributions reported quarterly. No information received regarding income, gains or losses.

6. Transfer from Vanguard joint account on 5/21/10.

7. Transfer from MS GP account on 4/26/10.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gregory A. Presnell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544